**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isabel RODRIGUEZ DE VARON,**
**Defendant–Appellant.**

No. 96–5421.

United States Court of Appeals,
Eleventh Circuit.

May 29, 1998.

Kathleen M. Williams, Fed. Pub. Defender, Faith Mesnekoff, Asst. Fed. Pub. Defender, Miami, FL, for Defendant–Appellant.

William A. Keefer, U.S. Atty., Dawn Bowen, Anne Ruth Schultz, Phillip DiRosa, Asst. U.S. Attys., Miami, FL, for Plaintiff–Appellee.

Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges*.

---

* Senior Judge John C. Godbold has elected to participate in further proceedings in this matter

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.